THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGIANA BISHOP, Appellant.

(Submitted October 3, 1893; decided October 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1893, which affirmed a

judgment of the Court of Sessions of Dutchess county entered upon a verdict convicting defendant of the crime of arson in the third degree.

*Frank H. Cassidy* for appellant.

*H. D. Hufcut, District Attorney,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.